UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Catanya Tranese Jackson                     Case No:  12-24611 RAM
                                                    Chapter 13

_____Debtor_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Catanya Tranese Jackson moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor will modify her Plan to include a year-long special assessment from her condominium association, which special assessment commences in January 2013.

2. Debtor will modify her Plan to add the Internal Revenue Service as an unsecured creditor.

Dated December 31, 2012.

> Respectfully submitted,
> LEGAL SERVICES OF GREATER
> MIAMI, INC.
>
> By _____/s/_____
>     Carolina A. Lombardi
>     Florida Bar No.  241970
>     Attorney for Debtor
>     3000 Biscayne Boulevard
>     Suite 500
>     Miami, FL 33137
>     Telephone: (305) 438-24
>     Primary Email: Clombardi@lsgmi.org
>     Secondary Email: Nbauza@lsgmi.org.