**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Catanya Tranese Jackson,                    Case No. 12-24611

                Debtor.                    Chapter 13

_____/

**<u>CERTIFICATE OF SERVICE</u>**

       I certify that on January 2, 2013, debtor's Motion to Modify Plan (DE 47), First

Modified Plan (DE49)  and Notice of Hearing (DE 48) were transmitted electronically to:

Nancy N. Herkert, Chapter 13 Trustee
e2c8f01@ch13herkert.com

and to the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

mailed to:

Michael A. Halberg, Esquire
as Registered Agent for Summertree
at the California Club Condominium
12233 SW 55 Street Suite 810
Ft. Lauderdale, FL 33330

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Back Bowl I LLC, Series C
C O Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

American InfoSource LP as agent for
InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK 73126-9093

Asset Acceptance LLC
P.O. Box 2036
Warren MI 48090

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
3000 Biscayne Boulevard
Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Facsimile: (305) 573-5800
Primary Email: Clombardi@lsgmi.org
SecondaryEmail: Nbauza@lsgmi.org