UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Catanya Tranese Jackson,   Case No. 12-24611-BKC-RAM

Debtor.   Chapter 13
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 29, 2013, a true and correct copy of the

**Order Granting Debtor's Motion to Modify Plan and Approve First Modified Plan**

was sent and transmitted electronically to:

Nancy N. Herkert, Chapter 13 Trustee
e2c8f01@ch13herkert.com

and to the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and by mail to:**

Michael A. Halberg, Esquire
as Registered Agent for Summertree
at the California Club Condominium
12233 SW 55 Street, Suite #810
Ft. Lauderdale, FL 33330

Summertree at the California Club
Condominium Association
471 Ives Dairy Road, Suite C-202
Miami, FL 33179

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

Back Bowl I LLC, Series C
C O Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

American InfoSource LP as agent for
InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK 73126-9093

Asset Acceptance LLC
P.O. Box 2036
Warren MI 48090

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
3000 Biscayne Boulevard, Suite 500
Miami, FL 33137
Telephone: (305) 438-2427
Facsimile: (305) 438-2427
Primary Email: Clombardi@lsmi.org
Secondary E-mail: Ozaribaf@lsgmi.org