UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Catanya Tranese Jackson            Case No:   12-24611 RAM
                                            Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN**

Pursuant to Local Rule 9013-1, debtor Catanya Tranese Jackson moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor works for Miami-Dade Schools and changed her payment schedule from nine months of paychecks to twelve months of paychecks which caused her net income to decrease.

2. Debtor incurred unexpected expenses from a car crash in October 2013 and debtor had to pay her collision deductible in addition to substantial car repairs.

3. Debtor also had an unexpected expense of travel to a family funeral in December 2013.

4. Finally, the Plan needs to be modified because the debtor's condominium association special assessment of $150 per month, which is being paid through the Plan. was completed in December 2013.

Dated January 13, 2014

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By         /s/        
    Carolina A. Lombardi
    Florida Bar No. 241970
    Attorney for Debtor
    3000 Biscayne Boulevard
    Suite 500
    Miami, FL 33137
    Telephone: (305) 438-24
    Primary Email: Clombardi@lsgmi.org
    Secondary Email: Nbauza@lsgmi.org.