**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Horace R. Forbes,               Case No.13-24912
                                          Chapter 13
          Debtor(s) .
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 17, 2015 a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan [DE 62]; First Modify Chapter 13 Plan [DE 63] and Notice of Hearing [DE 64] was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and on February 18, 2015 by U.S. Mail to:**

Star Lakes Condo Association, Inc.
c/o Russell Robbins, Esq.
Mirza, Basulto and Robbins
14160 NW 77 Court, Suite 22
Miami, FL 33016

Cavalry Portfolio Services
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595


Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
   Carolina A. Lombardi
   Florida Bar No.  241970
   Attorney for Debtor
   3000 Biscayne Boulevard, Suite 500
   Miami, FL 33137
   Telephone: (305) 438-2427
   Facsimile: (305) 573-5800
   Primary Email: Clombardi@lsgmi.org
   Secondary Email: Ozaribaf@lsgmi.org