**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re:   Catanya Tranese Jackson | Case No:   12-24611 RAM |
| | Chapter 13 |
| _____Debtor_____ / | |

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor Catanya Tranese Jackson moves the Court to modify her Chapter 13 Plan, and in support of the motion states:

1. Debtor will modify her Plan to provide for a $20.00 increase in her regular monthly maintenance.

Dated February 17, 2015.

                                          Respectfully submitted,
                                          LEGAL SERVICES OF GREATER
                                          MIAMI, INC.

                                          By _____/s/_____
                                                  Carolina A. Lombardi
                                                  Florida Bar No. 241970
                                                  Attorney for Debtor
                                                  3000 Biscayne Boulevard
                                                  Suite 500
                                                  Miami, FL 33137
                                                  Telephone: (305) 438-24
                                                  Primary Email: Clombardi@lsgmi.org
                                                  Secondary Email: Nbauza@lsgmi.org.