**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ Third _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:  Catanya Tranese Jackson     JOINT DEBTOR: _____     CASE NO.:12-24611-RAM
Last Four Digits of SS#  5862           Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  59  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
  A.  $  490.38  for months  1  to  32 ;
  B.  $  542.26  for months  33  to  57 ;
  C.  $ 1885.40  for months  58  to  59 ; in order to pay the following creditors:

Administrative: Attorney's Fee - $  0       TOTAL PAID $  0
               Balance Due  $  0       payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Summertree at California Club Condo    Arrearage on Petition Date    $      -0-
Address: c/o Michael C. Halberg, Esquire  Regular Payment   $ 430.00  /month (Months  1  to  32 )
12233 SW 55 Street #810                   Regular Payment   $ 450.00  /month (Months  33  to  57 )
Ft. Lauderdale, FL 33330                  Arrears Payment   $ 42.97   /month (Months  20  to  57 )
Account No:  Unit C-202

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.  A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Summertree at the California Club Condo Assn | Condominium located at 471 Ives Dairy Road C-202, Miami, FL 33179 $76,750 | % NA | $ NA | NA  To ____ | Debtor will avoid lien in full. |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                             Payable  $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors Pay $  1714.00  /month (Months  58  to  59 ).
                    Pay $_____/month (Months ____ to ____).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor's mortgage has been modified and is being paid outside the Plan.

The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.
.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

           /s/
Debtor   Catanya Tranese Jackson

Date:    February 17, 2015

LF-31 (rev. 01/08/10)