**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Catanya Tranese Jackson,                    Case No. 12-24611-BKC-RAM

　　　　　　Debtor.                                            Chapter 13
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 18, 2015, a true and correct copy of the Motion to Modify Chapter 13 Plan [DE 67]; Third Modified Chapter 13 Plan [DE 68] and Notice of Hearing [DE 69] **was transmitted electronically to:**

Nancy N. Herkert, Chapter 13 Trustee
e2c8f01@ch13herkert.com

and to the U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and sent by mail to:**

Michael A. Halberg, Esquire
as Registered Agent for Summertree
at the California Club Condominium
12233 SW 55 Street, Suite #810
Ft. Lauderdale, FL 33330

Summertree at the California Club
Condominium Association
471 Ives Dairy Road, Suite C-202
Miami, FL 33179

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

American InfoSource LP as agent for
Midland Funding LLC
PO Box 268941
Oklahoma City, OK 73126-8941

American InfoSource LP as agent for
Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

Asset Acceptance LLC
P.O. Box 2036
Warren MI 48090

Michael W. Gomez, Esquire
Law Offices of Michael W. Gomez, P.A.
1930 Tyler Street
Hollywood, FL 33020

Aargon Agency as Agent for
Jackson Memorial as Assist Jer2
8668 Spring Mountain Road
Las Vegas, NV 89117-4113

American InfoSource as Agent for
InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK 73126-9093

Back Bowl I LLC, Series C
C O Weinstein and Riley, PS
2001 Western Avenue, Ste 400
Seattle, WA 98121

FIA Card Services, N.A.
Bank of America, N.A.
And MBNA America Bank ,N.A.
P. O. Box 15102
Wilmington, DE 19886-5102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
7850 SW 6th Court
Stop 5730
Plantation, FL 33324

LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


Respectfully Submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.


By _____/s/_____
  Carolina A. Lombardi
  Florida Bar No.  241970
  Attorney for Debtor
  3000 Biscayne Boulevard, Suite #500
  Miami, FL 33137
  Telephone: (305) 438-2427
  Facsimile: (305) 438-2427
  Primary Email: Clombardi@lsmi.org
  Secondary E-mail: Ozaribaf@lsgmi.org