

**ORDERED in the Southern District of Florida on October 22, 2015.**

_____
**Robert A. Mark, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                                               CASE No.: 12-24611-BKC-RAM
CATANYA TRANESE JACKSON,

      Debtor.
_____/

**ORDER SUSTAINING TRUSTEE'S OBJECTION TO**
**AES ON BEHALF OF NATIONAL STUDENT LOAN PROGRAM'S PROOF OF CLAIM # 13**

THIS CASE came before the Court on the Trustee's Objection to Claim of AES on behalf of National Student Loan Program's Proof of Claim #13 [ECF No. 75] and the Certificate of No Response [ECF No. 77], based on the record, it is

ORDERED as follows:

1. The Trustee's Objection to AES on behalf of National Student Loan Program's Proof of Claim #13 is sustained.

2. AES on behalf of National Student Loan Program's Proof of Claim #13 is disallowed.

\* \* \*

      Submitted by
      NANCY K. NEIDICH, ESQUIRE
      STANDING CHAPTER 13 TRUSTEE
      By:_____/s/_____
      ADISLEY CORTEZ-RODRIGUEZ, ESQ.
      FLORIDA BAR NO: 91727
      P.O. BOX 279806
      MIRAMAR, FL 33027
      (954) 443-4402

Nancy K. Neidich, Esq. shall serve a copy of this order on the creditor and file a certificate of service with the Clerk of the Court.