Certificate Number: 03621-FLS-DE-029079588

Bankruptcy Case Number: 12-24611


03621-FLS-DE-029079588

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 12, 2017</u>, at <u>8:41</u> o'clock <u>PM EDT</u>, <u>Catanya Jackson</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Florida</u>.

Date: <u>April 12, 2017</u>          By: <u>/s/Yadira Diaz</u>

                                   Name: <u>Yadira Diaz</u>

                                   Title: <u>Credit Counselor</u>