UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Catanya Tranese Jackson             Case No:   12-24611 RAM
                                             Chapter 13

_____Debtor_____/

**DEBTOR'S MOTION TO DEEM SECURED CREDITOR SUMMERTREE
VILLAGE AT THE CALIFORNIA CLUB CONDOMINIUM CURRENT POST PETITION**

Debtor Catanya Tranese Jackson moves the Court for an order stating that Debtor has made all post petition payments owed to creditor Summertree Village at the California Club Condominium Association Inc. and states:

1. This case was commenced by the filing of a Chapter 13 petition on June 14, 2012.

2. The Debtor's Chapter 13 Plan provided for post petition payments to creditor Summertree Village at the California Club Condominium for the Debtor's monthly condominium maintenance and for special assessments which became due during the Plan.

3. Debtor's Chapter 13 Plan was modified three times during the pendency of the Plan and each modified Plan contained payments for ongoing monthly maintenance and/or special assessments and each time counsel for Summertree Village at the California Club Condominium received the proposed modified Plan.

4. Debtor has made all post petition maintenance payments through March 2017 which was the 58th month of her Plan, and has paid Summertree Village at the California Club Condominium directly since then.

5. Debtor moves the Court for an Order stating that Debtor is current in post petition monthly condominium maintenance payments due to Summertree Village at the California Club Condominium Inc.

Dated June 28, 2017.

                    LEGAL SERVICES OF GREATER MIAMI, INC.

                    By _____/s/_____
                    Carolina A. Lombardi
                    Florida Bar No.  241970
                    Attorney for Debtor
                    4343 West Flagler Street Suite 100
                    Miami, FL 33134
                    Telephone and Facsimile: (305) 438-2427
                    Email:CLombardi@legalservicesmiami.org
                    Alt: MCabrera@legalservicesmiami.org