

**ORDERED in the Southern District of Florida on August 16, 2017.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Catanya Tranese Jackson,                                    Case No. 12-2461

<u>Debtor                          </u>/                                    Chapter 13

### ORDER GRANTING DEBTOR'S MOTION TO DEEM SECURED CREDITOR VILLAGE AT CALIFORNIA CLUB CONDOMINIUM CURRENT POST PETITION

THIS CAUSE having come before the court on August 15, 2017, on the Debtor's Motion to Deem Secured Creditor Village at California Club Condominium Current Post Petition and hearing no objections, it is

**ORDERED** that the Motion is granted and Debtor Catanya Tranese Jackson is current in all post petition payments due to Creditor Village at California Club Condominium.

# # #

**Submitted by:**

Carolina A. Lombardi, Attorney for Debtor

The party submitting the order shall serve a copy
of the signed order on all required parties and
file with the court a certificate of service
conforming with Local Rule 2002-1(F).