UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                                    CASE NO.: 12-24611-BKC-RAM
                                                          PROCEEDING UNDER CHAPTER 13
CATANYA TRANESE JACKSON

DEBTOR                              /

## NOTICE OF DEPOSIT OF FUNDS WITH
## THE UNITED STATES BANKRUPTCY COURT CLERK

**NOTICE IS HEREBY GIVEN THAT:**

The Trustee has a balance of **$1,971.88** remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtors(s)/creditor(s) and deliver the funds before pressenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

Attached and made a part of this notice, is a list, pursuant to FRBP 3011, of the names, claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which each is entitled.

**WHEREFORE,** your Trustee hereby gives notice that the above-stated sum has been deposited with the Clerk of the United States Bankruptcy Court, Southern District of Florida, to effect closing this estate.

Date: 11-13-18

NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

**COPIES FURNISHED TO:**

CATANYA TRANESE JACKSON
471 IVES DAIRY RD
C-202
MIAMI, FL 33179

SUMMERTREE AT CALIFORNIA CLUB
%MICHAEL C HALBERG, ESQ
12233 SW 55 ST #810
FT LAUDERDALE, FL 33330

CAROLINA A. LOMBARDI, ESQUIRE
LEGAL SERV. OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL 33134

SUMMERTREE AT CALIFORNIA CLUB
%MICHAEL C HALBERG, ESQ
12233 SW 55 ST #810
FT LAUDERDALE, FL 33330

Michael A. Halberg
1301 International Pkwy Ste 120
Ft Lauderdale, FL 33323-2849

U.S. TRUSTEE
51 S.W. 1ST AVENUE
MIAMI, FL 33130

NOTICE OF DEPOSIT OF FUNDS
CASE NO.: 12-24611-BKC-RAM

ATTACHMENT

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## UNITED STATES BANKRUPTCY COURT CLERK

### ATTACHMENT - LISTING OF CLAIMANT

**CASE NO.: 12-24611-BKC-RAM**

| Claimant | Amount |
|---|---|
| SUMMERTREE AT CALIFORNIA CLUB<br>%MICHAEL C HALBERG, ESQ<br>12233 SW 55 ST #810<br>FT LAUDERDALE, FL 33330 | $171.88 |
| SUMMERTREE AT CALIFORNIA CLUB<br>%MICHAEL C HALBERG, ESQ<br>12233 SW 55 ST #810<br>FT LAUDERDALE, FL 33330 | $1,800.00 |

UNDELIVERABLE/STALE
CLAIM REGISTER# ◯

UNDELIVERABLE/STALE
CLAIM REGISTER# ◯