CGFD28 (10/01/16)



**ORDERED in the Southern District of Florida on January 10, 2019**

**Robert A Mark**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 12–24611–RAM**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Catanya Tranese Jackson
471 Ives Dairy Road Apt 202C
Miami, FL 33179

SSN: xxx–xx–5862

## FINAL DECREE

The trustee, Nancy K. Neidich, having filed a final report that the estate has been fully administered, is discharged and the case is closed.